UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5:19-CR-092-CHB |
| | ) | |
| v. | ) | **ORDER ADOPTING FINDINGS OF** |
| | ) | **FACT, CONCLUSIONS OF LAW,** |
| JERRY WAYNE HENSLEY, SR., | ) | **AND RECOMMENDATION ON** |
| | ) | **DEFENDANT'S MOTION TO** |
| Defendant. | ) | **SUPPRESS [R. 22]** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Findings of Fact, Conclusions of Law, and Recommendation ("Recommendation") of United States Magistrate Judge Matthew A. Stinnett [R. 33]. The Recommendation addresses whether Defendant Jerry Wayne Hensley, Sr.'s Motion to Suppress [R. 22] should be granted. For the reasons stated herein, the Court will adopt the Magistrate Judge's Recommendation and deny Defendant's Motion to Suppress.

On April 6, 2017, Kentucky State Police Trooper Brandon Eversole pulled over a car that he believed had excessive window tinting in violation of Kentucky Revised Statute 189.110 [R. 33 pp. 1–2]. Defendant Hensley was riding as a passenger in that car. [*Id.*] During the stop of the car and the consensual search of the passengers, officers found methamphetamine and approximately $2,900 on Hensley. [*Id.* at 3]

Defendant has filed a Motion to Suppress claiming the officers violated his Fourth Amendment rights during the stop, search, and seizure [R. 22], and the United States responded [R. 24]. The Court referred the matter for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Crim. P. 59(b)(1) [R. 27]. Magistrate Judge Matthew A. Stinnett

1

held an evidentiary hearing on the matter on September 5, 2019 [R. 29], and submitted his Recommendation on September 16, 2019 [R. 33]. No objections were filed.

Generally, this Court must make a *de novo* determination of those portions of the recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Magistrate Judge Stinnett's Recommendation required objections to be filed within fourteen (14) days of being served a copy. [R. 33 p. 11] The time to file objections has passed, and neither party has filed any objections to the Recommendation nor sought an extension of time to do so. *See id.*; Fed. R. Crim P. 59(b). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Recommendation.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation [**R. 33**] is **ADOPTED** as the Opinion of this Court.

2. The Court **DENIES** Defendant Hensley's Motion to Suppress [**R. 22**].

This, the 11th day of October, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY